# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

V.                  NO. 4:05CR00328-001 SWW

JAMES JERMAINE JORDAN, JR.                     DEFENDANT

### **ORDER**

This matter is before the Court on defendant's pro se motion for early termination of supervised release. The U.S. Probation Office has advised the Court that defendant, James Jermaine Jordan, Jr., has met all the criteria and is eligible for early termination of supervised release. The government has responded that there is no objection to early termination of defendant's supervised release based on the information provided by the probation officer. The Court finds that defendant's motion [doc #75] should be, and hereby is, ***granted***.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 19th day of July 2013.

                                             /s/Susan Webber Wright
                                             United States District Judge